**FILED**

JUN 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ENLOE MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE MEGA LIFE HEALTH AND INSURANCE COMPANY, a for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 2:08-CV-01895 FCD DAD<br><br>Hon. Frank C. Damrell, Jr.<br><br>**ORDER GRANTING MOTION TO SEAL CONFIDENTIAL DOCUMENT IN SUPPORT OF MEGA'S MOTION FOR SUMMARY JUDGMENT** |

This matter came before this Court without hearing on Defendant The MEGA Life and Health Insurance Company's *Ex Parte* Motion To Seal Confidential Document In Support of Motion For Summary Judgment ("Motion to Seal"). It appearing that good cause exists:

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1   IT IS HEREBY ORDERED that MEGA's Motion To Seal is granted,
2  and that the subject contract between Enloe Medical Center and Community Care
3  Network, which is attached to the Declaration of Becky J. Belke as Exhibit A filed
4  in support of MEGA's Motion To Seal, shall be permanently filed under seal,
5  pursuant to E.D. Local Rule 39-141.

7  Dated: June 16, 2009

            _____
            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2