UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ENLOE MEDICAL CENTER,

      Plaintiff,

   v.

THE MEGA LIFE HEALTH AND INSURANCE COMPANY,

      Defendant.
_____/

NO.  2:08-cv-1895 FCD DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

     Pursuant to the representation of the plaintiff, in the above action, the court has determined that this case has settled.

     In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before August 10, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

     **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

     **IT IS SO ORDERED**.

Dated: June 25, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE