UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ENLOE MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE MEGA LIFE HEALTH AND INSURANCE COMPANY, a for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 2:08-CV-01895 FCD DAD<br><br>Hon. Frank C. Damrell, Jr.<br><br>ORDER FOR DISMISSAL |

On joint stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: August 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

41406954.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER FOR DISMISSAL**